IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ERIC MEYER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-19-0291-HE |
| | ) | |
| OKLAHOMA COURT CLERK, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Plaintiff Eric Meyer, proceeding *pro se*, brought this action seeking relief against the Oklahoma Court Clerk. On April 30, 2019, U.S. Magistrate Judge Gary M. Purcell issued a Report and Recommendation recommending that plaintiff's Application for Leave to Proceed in Forma Pauperis be denied and this action be dismissed without prejudice unless plaintiff pays the full filing fee to the Clerk of Court by May 20, 2019. Plaintiff was advised of his right to object to the Report and Recommendation by May 20, 2019. Plaintiff has neither objected to the Report and Recommendation nor paid the full filing fee to the Clerk of Court. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court **ADOPTS** the Report and Recommendation [Doc. #7] and **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2019.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE